UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: SAFINA N. MBAZIRA, | * | |
| | * | |
| Debtor. | * | |
| ************************************ | | |
| US BANK NA, AS TRUSTEE OF THE | * | |
| J.P. MORGAN MORTGAGE | * | |
| ACQUISITION CORP. 2005-FRE1 ASSET | * | |
| BACKED PASS-THROUGH | * | |
| CERTIFICATES, SERIES 2005-FRE1 and | * | |
| OCWEN LOAN SERVICING, LLC, | * | |
| | * | |
| Appellants, | * | |
| v. | * | Civil Action No. 15-cv-11682-IT |
| | * | |
| SAFINA N. MBAZIRA, | * | |
| | * | |
| Appellee. | * | |
| ************************************** | | |
| SAFINA N. MBAZIRA, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 15-cv-11683-IT |
| | * | |
| US BANK NA, AS TRUSTEE OF THE | * | |
| J.P. MORGAN MORTGAGE | * | |
| ACQUISITION CORP. 2005-FRE1 ASSET | * | |
| BACKED PASS-THROUGH | * | |
| CERTIFICATES, SERIES 2005-FRE1 and | * | |
| OCWEN LOAN SERVICING, LP, | * | |
| | * | |
| Appellees. | * | |
| ************************************** | | |

SCHEDULING ORDER ON MOTION TO CERTIFY QUESTIONS

July 13, 2015

TALWANI, D.J.

1. The parties shall submit to this Court a joint motion to certify questions on or before

    July 22, 2015; or

2

2. In the event the parties cannot agree on a joint motion, Appellants U.S. Bank National Association, as Trustee of the J.P. Morgan Mortgage Acquisition Corp. 2005-FRE1 Asset Backed Pass-Through Certificates, Series 2005-FRE1 and Ocwen Loan Servicing, LP shall submit a motion to certify questions on or before July 24, 2015, and Appellee Safina N. Mbazira shall file a response on or before July 31, 2015.

Any motion filed should address <u>Mortg. Elec. Registration Sys., Inc. v. Agin</u> (<u>In re Giroux</u>), No. 09-cv-10988-PBS, 2009 WL 3834002 (D. Mass. Nov. 17, 2009).  Specifically, the motion (or motions) should explain why the parties disagree with <u>In re Giroux</u>'s determination that Massachusetts law is sufficiently clear so as to allow a reasonable federal court to predict its course, making certification inappropriate.

IT IS SO ORDERED.

July 13, 2015                                       /s/ Indira Talwani
                                                    United States District Judge